Antonio Cantore, Appellant, v. Arnold Newald, Respondent.— Action for services rendered and for brokerage commissions. The plaintiff had judgment in the Municipal Court. The Appellate Term reversed that judgment and dismissed the complaint on the law. Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Frank B. Desz and Josephine H. Desz, Respondents, v. The Lincoln Savings Bank of Brooklyn, Appellant.— Appeal by permission of this court from an order of the Appellate Term, reversing an order of the City Court of the City of New York, County of Queens, which denied plaintiffs' motion to strike an affirmative defense from defendant's answer, and granting the motion upon the ground that the defense is insufficient in law. Order of the Appellate Term reversed on the law, and order of the City Court affirmed, with costs in this court and in the Appellate Term. In our opinion, under the facts here pleaded, the question of whether or not the plaintiffs waived the anticipatory breach or are estopped may be a question of fact to be determined upon the trial. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [174 Misc. 263. See *post*, p. 1022.]

Juanita Gelly, Respondent, v. Anna Kalamon, Appellant, and Others, Defendants.— Order denying motion to vacate and set aside a resettled judgment in an action founded upon a written agreement relating to certain real property, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

Katherine Genteman, Suing on Her Own Behalf and on Behalf of All Other Stockholders of Wolf Lane Delicatessen, Inc., Appellant, v. Joseph Genteman, Rose Sternberg, William G. Gillen and Wolf Lane Delicatessen, Inc., Respondents.— Order requiring plaintiff to serve amended complaint wherein she shall separately state and number the allegations constituting a cause of action for dissolution of a corporation and for restitution by individual officers and directors for waste and mismanagement, affirmed, with ten dollars costs and disbursements, and with leave to plaintiff to serve an amended complaint within twenty days from the entry of the order hereon and upon payment of said costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

Charles Goodheart, Respondent, v. New York Rapid Transit Corporation, Appellant.— Plaintiff, who fell when he was ascending a stairway leading to the train platform at the defendant's station, claimed that he slipped on a wet, foreign substance, which defendant's employee had just covered with a newspaper. Judgment in favor of plaintiff reversed on the law and the facts, and new trial granted, with costs to appellant to abide the event. In our opinion the verdict is against the weight of the credible evidence. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.